# ELECTRONIC RECORD

COA # 04-13-00596-CR    OFFENSE: SEXUAL ASSAULT

STYLE: MARIO JOSUE QUINTERO V. THE STATE OF TEXAS    COUNTY: MEDINA

COA DISPOSITION: AFFIRMED AS MODIFIED    TRIAL COURT: 38TH DISTRICT COURT

DATE: 04/15/15    Publish: NO    TC CASE #: 11-07-10748-CR

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: MARIO JOSUE QUINTERO V. THE STATE OF TEXAS    CCA #: **512-15**

_PRO SE_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: 08/26/2015

JUDGE: _[signature]_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____